UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LJILJANA NIKOLIC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 3:13-1375 |
| v. | ) | Judge Sharp/Brown |
| | ) | **Jury Demand** |
| PARRIS PRINTING, LLC, | ) | |
| | ) | |
| Defendant | ) | |

## **O R D E R**

A telephone conference was held at the request of the parties on March 14, 2014. The deadline for the Plaintiff to respond to the pending motion to dismiss (Docket Entry 5) is March 14, 2014.

Plaintiff's counsel reported that the bankruptcy trustee in this matter was in the process of reopening the bankruptcy estate and was considering, if it was reopened, appointing Plaintiff's counsel to represent the trustee in the matter. Plaintiff's counsel advised that this procedure needed to be accomplished before she could reasonably respond to the pending motion to dismiss.

The Defendant advised that there was no objection to an extension.

Therefore, the deadline for responding to the motion to dismiss is extended until **April 18, 2014.** Defendant's counsel may have **14 days** after the response is filed to file a reply, and the reply shall not be more than **10 pages.**

In view of the extension to the briefing scheduling, the telephone conference scheduled with the Magistrate Judge on March 31, 2014 (Docket Entry 13) is **CANCELED**. The Magistrate Judge will reset a scheduling conference in this matter after Judge Sharp has ruled on the pending motion to dismiss. The parties are requested to notify the Magistrate Judge promptly upon a ruling by Judge Sharp if the motion to dismiss is not granted in its entirety.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge